IDA ROSENBERG, Respondent, *v.* OCEAN ACCIDENT AND GUARANTEE CORPORATION, LTD., OF LONDON, ENGLAND, Appellant.

ISADORE ROSENBERG, Respondent, *v.* OCEAN ACCIDENT AND GUARANTEE CORPORATION, LTD., OF LONDON, ENGLAND, Appellant.

BERTHA MINOWITZ, Respondent, *v.* OCEAN ACCIDENT AND GUARANTEE CORPORATION, LTD., OF LONDON, ENGLAND, Appellant.

JACOB MINOWITZ, Respondent, *v.* OCEAN ACCIDENT AND GUARANTEE CORPORATION, LTD., OF LONDON, ENGLAND, Appellant.

(Argued May 31, 1929; decided July 11, 1929.)

564

*Arthur V. D. Chamberlain* for appellant.
*Gilbert A. Nusbaum* for respondents.

In each action the judgment of the Appellate Division and that of the Trial Term reversed and new trial ordered, with costs to abide the event, on authority of *Coleman* v. *New Amsterdam Casualty Co.* (247 N. Y. 271); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ.   Not sitting: HUBBS, J.